UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH ANN PAKENAS, guardian
of PATTI ROGERS, a legally incapacitated
individual,

      Plaintiff,                           Case No. 05-60152

v.                                      Hon. John Corbett O'Meara
                                      Hon. Virginia Morgan

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

_____/

**<u>ORDER REGARDING MOTIONS IN LIMINE</u>**

      Before the court are several motions in limine filed by Defendant: (1) motion in limine to strike John Blase, Ph.D.; (2) motion in limine to exclude testimony of Nitin Paranjpe; (3) motion in limine to preclude allegations of bad faith; and (4) motion in limine to exclude Andrea Thomas.  Defendant has withdrawn its motions in limine to exclude the testimony of John Blase and Nitin Paranjpe.  The court considered the remaining motions on the first day of trial, March 3, 2009.  For the reasons stated on the record, Defendant's motion in limine to preclude allegations of bad faith is DENIED WITHOUT PREJUDICE.  Defendant's motion in limine to exclude Andrea Thomas is GRANTED IN PART with respect to expert testimony and DENIED IN PART with respect to fact testimony.

      **SO ORDERED.**

                            s/John Corbett O'Meara
                            United States District Judge

Date:  March 13, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 13, 2009, by electronic and/or ordinary mail.


s/William Barkholz
Case Manager