UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH ANN PAKENAS, guardian
of PATTI ROGERS, a legally incapacitated
individual,

    Plaintiff,                                      Case No. 05-60152

v.                                                 Hon. John Corbett O'Meara
                                                   Hon. Virginia Morgan

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S
MOTION FOR JUDGMENT AS A MATTER OF LAW**

      Before the court is Defendant's motion for judgment as a matter of law, which Defendant properly raised during trial at the close of Plaintiff's proofs and which the court took under advisement at that time. As set forth on the record on March 13, 2009, the court GRANTS Defendant's motion because no reasonable jury could find that Plaintiff set forth evidence of attendant care expenses incurred as a result of Plaintiff's 1976 automobile accident. Absent such evidence, Defendant does not owe Plaintiff attendant care benefits under the policy. Accordingly, the court will enter judgment in favor of Defendant.

      **SO ORDERED.**

                                                     s/John Corbett O'Meara
                                                   UNITED STATES DISTRICT JUDGE

Date: March 17, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 17, 2009, by electronic and/or ordinary mail.

                                                      s/William Barkholz
                                                      Case Manager